## A. A. BEIRO CONSTRUCTION COMPANY, INC. *v.* COMMISSIONER OF LABOR AND INDUSTRY

[No. 86, September Term, 1982.]

*Dismissed October 28, 1982.*

Certiorari to the Court of Special Appeals. (Baltimore City Court, Karwacki, J.).

Appeal and writ of certiorari dismissed by counsel for appellant.